```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

BARRY D. LONDON                                              PLAINTIFF

    v.                    CASE NO. 14-CV-6017

WENDY KELLEY; DR. L. MURPHY;
DR. J. JONES; and DR. M. KIRK, JR.                          DEFENDANTS

<u>JUDGMENT</u>

    For reasons set forth in the report and recommendation (Doc. 56) and the Order filed contemporaneously herewith, Defendants' Motions for Summary Judgment (Docs. 41 & 49) are GRANTED.  Plaintiff's Complaint (Doc. 1) and supplement thereto (Doc. 23) are DISMISSED WITH PREJUDICE.  Further, Plaintiff's motion (Doc. 57) is DENIED.  **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

    IT IS SO ORDERED this 23rd day of September, 2015.

                                        <u>/s/ Robert T. Dawson</u>
                                        Honorable Robert T. Dawson
                                        United States District Judge